**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GEORGE and SUNNY EWANCHEW,
husband and wife,

                Plaintiffs,

v.                                                    Case No. 3:07-cv-00403-J-34HTS

BEKINS VAN LINES, LLC, a foreign
corporation, and AMERICAN SAFETY
MOVERS, INC., a Florida corporation,

                Defendants.
_____/

**O R D E R**[1]

**THIS CAUSE** is before the Court on Magistrate Judge Howard T. Snyder's Report and Recommendation (Dkt. No. 35; Report), entered July 17, 2008, recommending that Plaintiffs' Motion for Attorneys' Fees and Incorporated Memorandum of Law (Dkt. No. 31; Motion) be denied as Plaintiffs failed to preserve any entitlement to fees pursuant to 49 U.S.C. § 14708 (d) (1). See Report (Dkt. No. 35) at 4-6. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983); see also Macort v. Prem, Inc., 208 Fed. Appx. 781, 784-85 (11th

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

Cir. 2006) (per curiam).  Therefore, if no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings, but will review the legal conclusions in the report de novo to determine whether there is any clear error.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record and it will accept the recommendation of the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Howard T. Snyder's Report and Recommendation (Dkt. No. 35) is **ACCEPTED**.

2. Plaintiffs' Motion for Attorneys' Fees and Incorporated Memorandum of Law (Dkt. No. 31) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of October, 2008.

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

i5

Copies to:

Counsel of Record

The Honorable Howard T. Snyder
United States Magistrate Judge